■ THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v MELISSA GIANNI, Respondent. (Appeal No. 1.) [881 NYS2d 353]—

Appeal from an order of the Onondaga County Court (Joseph E. Fahey, J.), rendered October 15, 2008. The order, insofar as appealed from, granted that part of defendant's omnibus motion to dismiss the first count of the indictment, charging defendant with assault in the second degree.

It is hereby ordered that said appeal is unanimously dismissed.

Same memorandum as in *People v Gianni* (64 AD3d 1176 [2009]). Present—Centra, J.P., Peradotto, Green, Pine and Gorski, JJ.